In the Interest of L.S.B., L.S.B., et al.

**JUVENILE OFFICER, Respondent,**

v.

**D.B.—Natural Mother, Appellant.**

No. 50719.

Missouri Court of Appeals,
Western District.

March 5, 1996.

Susan Ford Robertson, David W. Walker, Columbia, Knight, Ford Wright, Atwill, Parshall & Baker, for appellant.

Elizabeth K. Magee, Janet M. Bezler, Columbia, for respondent.

Before ELLIS, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Natural mother, D.B., appeals the termination of her parental rights to her four minor children pursuant to § 211.447 RSMo 1994. She asserts the trial court's determination was against the weight of the evidence.

The judgment is affirmed. Rule 84.16(b).

**In the Interest of J.E.D., R.J.D., et al., Respondent.**